ACCEPTED
03-15-00464-CV
6524945
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 2:14:02 PM
JEFFREY D. KYLE
CLERK

NO.   03-15-00464-CV

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 2:14:02 PM
JEFFREY D. KYLE
Clerk

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellee

**UNOPPOSED MOTION TO EXTEND DEADLINE TO
FILE APPELLANTS' BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Victory Cheval Holdings, LLC, Garrett Jennings and Castle Crown Management, LLC, move the Court to extend by two weeks the time to file Appellants' Brief as follows:

1.      This is an interlocutory appeal from a Temporary Injunction entered by The Honorable Karin Crump, Travis County District Judge, on July 16, 2015.

2.      Appellants' Brief is currently due to be filed on Monday, August 24, 2015.

3.     Because of work-related matters scheduled over the next two weeks, Appellants reasonably need approximately two additional weeks' time for preparation of the brief.

WHEREFORE, Appellants respectfully pray that the Court extend until September 8, 2015 the deadline to file Appellants' brief.

Respectfully submitted,

*/s/ Kemp Gorthey*
Kemp W. Gorthey
State Bar No. 08221275
Kendall L. Bryant
State Bar No. 24058660
THE GORTHEY LAW FIRM
604 West 12th Street
Austin, Texas 78701
Tele: 512/236-8007
Fax: 512/479-6417
Email: kemp@gortheylaw.com
Email: kendall@gortheylaw.com
ATTORNEY FOR APPELLANTS, GARRETT JENNINGS and CASTLE CROWN PROPERTIES MANAGEMENT, LLC

and

*/s/ Peyton Smith*
PEYTON N. SMITH
State Bar No. 18664350
Brian L. King
State Bar No. 24055776
**REED & SCARDINO LLP**
301 Congress Avenue, Suite 1250
Austin, Texas 78701

Tel: 512/474-2449
Fax: 512/474-2622
psmith@reedscardino.com
bking@reedscardino.com
ATTORNEY FOR APPELLANT,
VICTORY CHEVAL HOLDINGS,
LLC

## CERTIFICATE OF CONFERENCE

By my signature above, I conferred with Appellees' counsel concerning the subject of this motion and Appellees' counsel advises that they do not oppose such motion.

## CERTIFICATE OF SERVICE

By my signature above I certify that a true and correct copy of the foregoing Unopposed Motion to Extend Deadline to File Appellants' Brief has been served upon the below-named counsel on this the 17th day of August, 2015 as follows:

Donald R. Taylor         Via Email: dtaylor@taylordunham.com
Isabelle M. Antongiorgi      Via Email: ima@taylordunham.com
Taylor, Dunham & Rodriguez, LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701

Mark Taylor              Via Email: MarkT@hts-law.com
Holmann, Taube & Summers
100 Congress Avenue, Suite 1800
Austin, Texas 78701